**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00203-RTG

CARL LLOYD SHEELER,

     Plaintiff,

v.

U.S. BANK, National Association, as Trustee of Cabana Series V Trust ("Cabana"), and
     as Trustee of VRMTG Asset Trust ("VRMTG"),
SHELLPOINT, Servicer for the Trusts,
SECURITY NATIONAL SERVICING NATIONAL CORPORATION ("SNSC"),
MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS"),
RELIABLE LENDING SERVICES, LLC ("RELIABLE"), and
ALPINE BANK, et al.,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

     "Alpine Bank's Motion for Extension of Time to Respond to Complaint" (ECF No.
8) is GRANTED because the case is currently under initial review pursuant to
D.C.COLO.LCivR 8.1(a).

Dated:  February 18, 2025

---