IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00203-RTG

CARL LLOYD SHEELER,

 Plaintiff,

v.

U.S. BANK, National Association, as Trustee of Cabana Series V Trust ("Cabana"), and
 as Trustee of VRMTG Asset Trust ("VRMTG"),
SHELLPOINT /SLS, Servicer for the Trusts,
MERS,
PUBLIC TRUSTEE, and
ERIC PALMER/REDEMPTION PARTIES, et al.,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

 This matter is before the Court on several misidentified and/or misfiled papers filed by Plaintiff, a *pro se* e-filer, on May 15, 2025. Docket Entry Number 33, Docket Entry Number 34, and Docket Entry Number 39 are all captioned "Complaint for a Civil Case" but are docketed as a "Second Motion to Amend/Correct/Modify Complaint" (ECF No. 33), "Exhibits in Support . . ." (ECF No. 34), and "Summons Request" (ECF No. 39). Docket Entry Number 37 is a "[Proposed] Order Granting Plaintiff's Emergency Ex Parte Temporary Restraining Order" that is docketed as an "Emergency Motion for Preliminary Injunction" (ECF No. 37). And Docket Number 36 is an "Affidavit of Carl Lloyd Sheeler in Support of Emergency Ex Part Temporary Restraining Order" that is not attached to any such motion.

 The Clerk of Court is directed to STRIKE Docket Entry Number 33, Docket Entry Number 34, Docket Entry Number 36, Docket Entry Number 37, and Docket Entry Number 39. Plaintiff must refile the papers using the correct event for each filing. Plaintiff is directed to call the clerk's office for guidance before refiling the papers.

Dated: May 16, 2025