IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00203-RTG

CARL LLOYD SHEELER,

    Plaintiff,

v.

U.S. BANK, Trustee of Cabana Series V & of VRMTG,
SHELLPOINT/SLS/SNSC, Servicers for the Trusts,
ERIK PALMER/BROCK PROPERTIES BETA, LLC, and
LA PLATA COUNTY PUBLIC TRUSTEE,

    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED June 2, 2025.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge