IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00203-TPO

CARL LLOYD SHEELER,

    Plaintiff,

v.

U.S. BANK, Trustee of Cabana Series V & of VRMTG;
SHELLPOINT/SLS/SNSC, Servicers for the Trusts;
ERIK PALMER/BROCK PROPERTIES BETA, LLC; and
LA PLATA COUNTY PUBLIC TRUSTEE,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 2, 2025.**

    This case has been directly assigned to me pursuant to D.C.COLO.LCivR 40.1. In light of Plaintiff's Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction [ECF 44], the Court directs the Clerk of Court to **reassign** this civil action to a District Judge.

    Pursuant to D.C.COLO.LCivR 40.1(c)(2)(a), a civil action shall not be directly assigned to a magistrate judge if a motion for injunctive relief has been filed.

    The Court adds that the Parties have not expressed unanimous consent, pursuant to D.C.COLO.LCivR 72.2, to magistrate judge trial jurisdiction and to the magistrate judge serving as the presiding judge.

    This Court may continue to hear matters referred by the presiding district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).